IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY J. SCICCHITANO, JR., ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNIONTOWN POLICE DEPT., ) <br> UNIONTOWN DISTRICT ATTORNEY ) <br> OFFICE, and MAYOR OF UNIONTOWN, ) <br> *City of Uniontown,* ) <br> Defendants. ) | 2:15cv1163 <br> Electronic Filing <br><br> Judge David Stewart Cercone <br> Chief Magistrate Judge Maureen P. Kelly |

## ORDER

AND NOW, this 10 day of November, 2015, after Plaintiff Anthony J. Scicchitano, Jr. filed a complaint in the above-captioned matter, and after a Report and Recommendation was filed by the Chief United States Magistrate Judge giving the parties until November 2, 2015, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is ADOPTED as the opinion of this Court,

IT IS HEREBY ORDERED that the Complaint, ECF No. 3, is DISMISSED.

IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

_____
David Stewart Cercone
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

Anthony J. Scicchitano, Jr.
KB-9484
SCI Albion
10745 Route 18
Albion, PA 16475-0002